# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO N., | 1:12-cv-00575-BAM (HC) |
|     Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-SERVE COURT'S JULY 16, 2012, ORDER, CONSENT/DECLINE FORM, AND COPY OF PETITION FOR WRIT OF HABEAS CORPUS ON THE ASSIGNED CALIFORNIA ATTORNEY GENERAL |
|     v. | |
| MATTHEW CATE, et.al., | |
|     Respondents. | [Doc. 8] |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by David Mugridge, Esq.

Petitioner filed the instant petition for writ of habeas corpus on April 10, 2012. In the body of the petition, Petitioner requested the Court stay the petition pending the ongoing exhaustion of the state court remedies.

On July 16, 2012, the Court directed Respondent, by and through the office of the California Attorney General, to file a response to Petitioner's request to stay the petition pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005).

The Court inadvertently neglected to serve a copy of the Court's July 16, 2012, order on the office of the California Attorney General. Thus, Respondent's failure to respond to the Court's order in a timely manner is excused. The Court will direct the Clerk of Court to re-serve a copy of the July 16, 2012, order on the assigned Deputy Attorney General and re-set the deadlines from the date of re-serve.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall re-serve a copy of the July 16, 2012, order on the assigned Deputy Attorney General;

2. Within thirty days from the date of re-service, Respondent shall a file a response to Petitioner's request for stay and abeyance;

3. Within thirty (30) days from the date Respondent files a response, Petitioner may file a reply; and

4. The Clerk of Court shall also serve a copy of the consent/decline form on Respondent, along with a copy of the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **November 5, 2012**              /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE