1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO N., | 1:12-cv-0575 LJO BAM (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE NO LATER THAN THIRTY (30) DAYS AFTER THE DATE OF SERVICEOF THIS ORDER OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A TRAVERSE (DOC. 30) |
| v. | |
| MATTHEW CATE, et al., | THIRTY-DAY DEADLINE |
| Respondent. | ORDER GRANTING PETITIONER TWENTY (20) DAYS TO REPLY TO ANY OPPOSITION |

  Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 8, 2014, Petitioner filed a motion to extend time to file a traverse, which would require modification of the Court's previous scheduling order.

  IT IS HEREBY ORDERED that Respondent is DIRECTED to file opposition or notice of non-opposition to Petitioner's motion no later than thirty (30) days from the date of service of this order.  Petitioner may FILE a reply no later than twenty (20) days after the date of service of any opposition.

IT IS SO ORDERED.

1

Dated: **January 13, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE