# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO N., <br><br> Petitioner, <br><br> v. <br><br> MATTHEW CATE, Secretary, California Department of Corrections; RACHEL RIOS, Secretary, Juvenile Justice, <br><br> Respondents. | Case No. 1:12-cv-00575-LJO-BAM  HC <br><br> ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Jeffrey Beard, Ph.D., has succeeded Mathew Cate as Secretary of the California Department of Corrections and Rehabilitation, and Michael Minor, has succeeded Rachel Rios as Director of the Division of Juvenile Justice.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the defendants' names of Jeffrey Beard, Ph.D., Secretary, California Department of Corrections and Rehabilitation, and Michael Minor, Director, Division of Juvenile Justice, as Respondents, as reflected below:

> JEFFREY BEARD, Ph.D., Secretary, California Department of Corrections and Rehabilitation;
> MICHAEL MINOR, Director, Division of Juvenile Justice,
>
> Respondents.

IT IS SO ORDERED.

Dated:   **December 21, 2015**          /s/ *Barbara A. McAuliffe*          
                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28