UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO N., <br><br> Petitioner, <br><br> v. <br><br> JEFFREY BEARD, PH.D., Secretary, California Department of Corrections and Rehabilitation, and MICHAEL MINER, Director, Division of Juvenile Justice, <br><br> Respondents. | No. 1:12-cv-00575-LJO-BAM  HC <br><br> **ORDER DIRECTING RESPONDENTS TO FILE STATE COURT RECORD** <br><br><br><br> **(Doc. 29)** |

In their answer to the petition for writ of habeas corpus in this action, Respondents represented that they would lodge state court records consisting of available transcripts and documents in eleven separately designated categories. See Doc. 29 at 9. The docket in this case does not show that the state court records were ever lodged with this Court.

Accordingly, it is hereby ORDERED that Respondents lodge all documents listed at Doc. 29, page 9, with the Court within thirty days of the date of this order.
IT IS SO ORDERED.

Dated:   **December 23, 2015**         /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE

1